| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Swank, Kimberly A. | 2. Court or Organization US District Court, Eastern District of North Carolina | 3. Date of Report 08/01/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Magistrate Judge - Part-time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

US Courthouse Annex
215 South Evans Street
Greenville, NC 27858

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Federal Magistrate Judges' Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Vidant Medical Center |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges' Association | Mar. 19-20, 2018 | Washington DC | Board of Directors' Meeting | Transportation, Meals, Hotel |
| 2. | North Carolina Association of Defense Attorneys | June 15-17, 2018 | Hilton Head, SC | Annual Meeting/CLE | Transportation, Meals, Hotel, Registration Fee |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▓▓▓▓▓ | Tuition | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State Employees' Credit Union Accounts | A | Int./Div. | K | T | | | | | |
| 2. PNC Bank account | A | Interest | J | T | | | | | |
| 3. Brokerage Acct #1 (IRA) (H) | | | | | | | | | |
| 4. --First Trust Lg Cap (FEX) | A | Dividend | | | Sold | 04/10/18 | J | A | |
| 5. --OSI Oshares US (OUSA) | A | Dividend | J | T | Sold (part) | 07/12/18 | J | A | |
| 6. --Invesco Tr S&P 500 Equal (RSP) | A | Dividend | J | T | Buy (add'l) | 07/12/18 | J | | |
| 7. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 8. --Ishares Emg Mkt (IEMG) | A | Dividend | J | T | | | | | |
| 9. --Ishares Min Vol (USMV) | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 10. --Ishares US Stk Mkt (ITOT) | A | Dividend | K | T | | | | | |
| 11. --Ishares S&P (IVV) | | None | | | Sold | 03/16/18 | J | A | |
| 12. --Ishares Sm Cap (IJR) | A | Dividend | J | T | Buy (add'l) | 07/12/18 | J | | |
| 13. --JP Morgan Div Intl (JPIN) | A | Dividend | | | Sold | 10/11/18 | J | | |
| 14. --Invesco DB Multi Sector Base Metals (DBB) | | None | | | Sold | 07/12/18 | J | A | |
| 15. --Invesco DB Multi Sector Energy (DBE) | | None | | | Sold | 12/12/18 | J | A | |
| 16. --Invesco QQQ (QQQ) | A | Dividend | J | T | Sold (part) | 02/07/18 | J | A | |
| 17. | | | | | Sold (part) | 04/10/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Sector Tech Sel (XLK) | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 19. | | | | | Sold (part) | 09/11/18 | J | B | |
| 20. | | | | | Sold | 12/12/18 | J | A | |
| 21. --SPDR S&P Mid Cap (MDY) | A | Dividend | J | T | Buy (add'l) | 09/11/18 | J | | |
| 22. --SPDR Blackstone (SRLN) | | None | | | Sold | 01/09/18 | J | | |
| 23. --SPDR Emg Mkt (SPEM) | A | Dividend | | | Sold | 07/12/18 | J | | |
| 24. --Wisdomtree Bloomberg (USDU) | | None | | | Sold | 02/07/18 | J | | |
| 25. --Wells Fargo Cash Sweep Acct | A | Interest | J | T | | | | | |
| 26. --Invesco DB Multi Sector Agri (DBA) | | None | | | Buy | 03/16/18 | J | | |
| 27. | | | | | Sold | 07/12/18 | J | | |
| 28. --Wisdomtree Tr Euro H Eq (HEDJ) | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 29. --SPDR Small Cap (SPSM) | A | Dividend | | | Buy | 04/10/18 | J | | |
| 30. | | | | | Sold | 12/12/18 | J | | |
| 31. --First Tr Sr Loan (FTSL) | A | Dividend | J | T | Buy | 07/12/18 | J | | |
| 32. --Vanguard Ind S&P 500 (VOO) | A | Dividend | J | T | Buy | 10/11/18 | J | | |
| 33. --Ishares Edge USA Qual (QUAL) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 34. VOYA Index Plus Lg Cap | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Acct #2 (H) | | | | | | | | | |
| 36. --Invesco Comstock Fund Class A | A | Dividend | | | Sold | 03/29/18 | K | C | |
| 37. --Touchstone MidCap Value Instl Class | A | Dividend | | | Sold | 03/29/18 | K | C | |
| 38. -- T Rowe Price Blue Chip Growth Fund | B | Dividend | L | T | | | | | |
| 39. --AF EuroPac Gr | C | Dividend | K | T | | | | | |
| 40. --Dodge & Cox Intl | B | Dividend | K | T | | | | | |
| 41. --Invesco Sm Cap | | None | | | Sold | 03/29/18 | K | C | |
| 42. --ABF Sm Cap Val Inst | | None | | | Sold | 03/29/18 | K | C | |
| 43. --Fid Low Priced Stk | | None | | | Sold | 03/29/18 | K | C | |
| 44. --Fid 500 Index Inst | B | Dividend | L | T | | | | | |
| 45. --MSIF GLB RE Port IS | | None | | | Sold | 03/29/18 | K | | |
| 46. --PIM Total RT Inst | B | Dividend | K | T | | | | | |
| 47. --Vang Tot Bd Mkt Inst | A | Dividend | K | T | | | | | |
| 48. --DFA US Sm Cap | C | Dividend | L | T | Buy | 03/29/18 | L | | |
| 49. --Aristotle Val Eq | | None | K | T | Buy | 03/29/18 | K | | |
| 50. --JPMCB PB 2030 | | None | K | T | Buy | 03/29/18 | K | | |
| 51. Brokerage Acct #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --ABT | A | Dividend | K | T | | | | | |
| 53. --D | A | Dividend | J | T | | | | | |
| 54. --Janus Enterprise Fund (JAENX) | A | Distribution | J | T | | | | | |
| 55. | A | Dividend | | | | | | | |
| 56. --Vanguard 500 Index Fund (VFINX) | A | Dividend | K | T | | | | | |
| 57. --Wells Fargo Cash Sweep Acct | A | Interest | J | T | | | | | |
| 58. Equitable Variable Life (Cash) | A | Interest | J | T | | | | | |
| 59. NC 529 Plans (H) | | | | | | | | | |
| 60. --Growth Portfolio (Age-Based, Aggressive Track) | | None | L | T | | | | | |
| 61. --Mod Growth Portfolio (Age-Based, Moderate Track) | | None | J | T | | | | | |
| 62. --Vanguard Growth | | None | J | T | | | | | |
| 63. --Vanguard Ttl Stock Mkt | | None | J | T | | | | | |
| 64. Brokerage Acct #4 (H) | | | | | | | | | |
| 65. --Invesco Emg Mkt (PCY) (Y) | | | | | | | | | |
| 66. --Vanguard Intl Eq (VWO) | A | Dividend | J | T | | | | | |
| 67. --Vanguard Int (VCIT) (Y) | | | | | | | | | |
| 68. --Vanguard Ttl Bond (BND) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Vanguard Ttl Stock (VTI) | A | Dividend | J | T | | | | | |
| 70. --Vanguard FTSE Dev Mkt (VEA) | A | Dividend | J | T | | | | | |
| 71. --Vanguard Mid Cap (VO) | A | Dividend | J | T | | | | | |
| 72. --Vanguard Small ETF (Y) | | | | | | | | | |
| 73. --Vanguard ST Bond (BSV) | A | Dividend | J | T | | | | | |
| 74. --Ishares S&P (IVV) | A | Dividend | J | T | Sold (part) | 10/19/18 | J | A | |
| 75. --SPDR Bloomberg HY (JNK) (Y) | | | | | | | | | |
| 76. Brokerage Acct #5 (H) | | | | | | | | | |
| 77. --ABBV | A | Dividend | J | T | | | | | |
| 78. --AFLAC (AFL) | A | Dividend | J | T | | | | | |
| 79. --Air Prods & Chem (APD) | A | Dividend | J | T | | | | | |
| 80. --Altria Grp (MO) | A | Dividend | J | T | | | | | |
| 81. --Am Elec Pwr (AEP) | A | Dividend | J | T | | | | | |
| 82. --Ameriprise (AMP) | A | Dividend | J | T | | | | | |
| 83. --Amgen (AMGN) | A | Dividend | J | T | | | | | |
| 84. --Arthur J Gallagher (AJG) | A | Dividend | J | T | | | | | |
| 85. --AT&T (T) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Blackrock (BLK) | A | Dividend | J | T | | | | | |
| 87. --Bristol Myers (BMY) | A | Dividend | J | T | | | | | |
| 88. --Chevron (CVX) | A | Dividend | J | T | | | | | |
| 89. --CSCO (X) | A | Dividend | J | T | | | | | |
| 90. --Coca-Cola (KO) | A | Dividend | J | T | | | | | |
| 91. --Crown Castle (CCI) | A | Dividend | J | T | | | | | |
| 92. --Delta Airlines (DAL) | A | Dividend | | | Sold | 04/18/18 | J | | |
| 93. --Eaton (ETN) | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 94. --Emerson Elec (EMR) | A | Dividend | J | T | | | | | |
| 95. --Exelon Corp (EXC) | A | Dividend | | | Sold | 06/21/18 | J | | |
| 96. --Exxon Mobil (XOM) | A | Dividend | J | T | | | | | |
| 97. --Ford Motor (F) | A | Dividend | J | T | | | | | |
| 98. --Gilead Sci (GILD) | A | Dividend | J | T | | | | | |
| 99. --Home Depot (HD) | A | Dividend | J | T | | | | | |
| 100. --HP Inc (HPQ) | A | Dividend | J | T | | | | | |
| 101. --Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 102. --Invesco Ltd (IVZ) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 104. --JP Morgan (JPM) | A | Dividend | J | T | | | | | |
| 105. --KAR Auction (KAR) | A | Dividend | J | T | | | | | |
| 106. --Liberty Prop REIT (LPT) | A | Dividend | J | T | | | | | |
| 107. --Lockheed Martin (LMT) | A | Dividend | J | T | | | | | |
| 108. --LyondellBasell (LYB) | A | Dividend | J | T | | | | | |
| 109. --Marathon Petr (MPC) | A | Dividend | | | Sold | 05/16/18 | J | | |
| 110. --Marsh McLennan (MMC) | A | Dividend | | | Sold | 10/24/18 | J | | |
| 111. --Merck & Co (MRK) | A | Dividend | J | T | | | | | |
| 112. --MetLife (MET) | A | Dividend | J | T | | | | | |
| 113. --MSFT (X) | A | Dividend | J | T | | | | | |
| 114. --Occidental Pete (OXY) | A | Dividend | J | T | | | | | |
| 115. --Pfizer (PFE) | A | Dividend | J | T | | | | | |
| 116. --Philip Morris (PM) | A | Dividend | J | T | | | | | |
| 117. --Phillips 66 (PSX) | A | Dividend | J | T | | | | | |
| 118. --PNC Fin Svcs (PNC) | A | Dividend | J | T | | | | | |
| 119. --Proctor & Gamble (PG) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Prologis (PLD) | A | Dividend | J | T | Sold (part) | 09/25/18 | J | | |
| 121. --Prudential Fin (PRU) | A | Dividend | J | T | | | | | |
| 122. --Qualcomm (QCOM) | A | Dividend | | | Sold | 10/24/18 | J | | |
| 123. --Schlumberger Ltd (SLB) | A | Dividend | J | T | | | | | |
| 124. --Thomson Reuters (TRI) | A | Dividend | J | T | | | | | |
| 125. --United Tech (UTX) | | None | | | Sold | 01/29/18 | J | A | |
| 126. --US Bancorp (USB) | A | Dividend | J | T | | | | | |
| 127. --Verizon (VZ) | A | Dividend | J | T | | | | | |
| 128. --Wal-Mart (WMT) | A | Dividend | J | T | | | | | |
| 129. --Wells Fargo (WFC) | A | Dividend | J | T | | | | | |
| 130. --Williams Cos (WMB) | A | Dividend | J | T | | | | | |
| 131. --Wells Fargo Cash Sweep Acct | A | Interest | J | T | | | | | |
| 132. --Eli Lilly & Co (LLY) (X) | A | Dividend | J | T | | | | | |
| 133. --International Paper Co (IP) (X) | A | Dividend | J | T | | | | | |
| 134. --Mondelez Intl (MDLZ) | A | Dividend | J | T | Buy | 02/14/18 | J | | |
| 135. --Macy's (M) | A | Dividend | J | T | Buy | 02/19/18 | J | | |
| 136. --BB&T (BBT) | A | Dividend | J | T | Buy | 03/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Medtronic (MDT) | A | Dividend | J | T | Buy | 05/16/18 | J | | |
| 138. --Huntington Bancshares (HBAN) | A | Dividend | J | T | Buy | 06/21/18 | J | | |
| 139. --Ventas Inc (VTR) | A | Dividend | J | T | Buy | 08/23/18 | J | | |
| 140. --Kinder Morgan (KMI) | A | Dividend | J | T | Buy | 09/25/18 | J | | |
| 141. --Pepsico (PEP) | | None | J | T | Buy | 10/24/18 | J | | |
| 142. --OGE Energy Corp (OGE) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

-- Brokerage Acct #1, Line 5 FQF Oshares US (OUSA) exchanged for OSI Oshares US (OUSA) on 06/28/18 (corporate reorganization)

-- Brokerage Acct #1, Line 6 Guggenheim S&P (RSP) changed name to Powershares Tr S&P 500 Equal (RSP) on 04/09/18; Powershares Tr S&P 500 Equal (RSP) changed name to Invesco Tr S&P 500 Equal (RSP) on 06/04/18

-- Brokerage Acct #1, Line 14 Powershares DB Base Metals (DBB) changed name to Invesco DB Multi Sector Base Metals (DBB) on 06/04/18

-- Brokerage Acct #1, Line 15 Powershares DB Energy (DBE) changed name to Invesco DB Multi Sector Energy (DBE) on 06/04/18

-- Brokerage Acct #1, Line 16 Powershares QQQ (QQQ) changed name to Invesco QQQ (QQQ) on 06/04/18

-- Brokerage Acct #4, Line 65 Powershares Emg Mkt (PCY) changed name to Invesco Emg Mkt (PCY) on 06/04/18

-- Brokerage Acct #4, Line 65, 67, 72, 75: these investments do not meet the value or income reporting thresholds for the reporting period

-- Brokerage Acct #5, Lines 132, 133, 142: these investments increased in value to meet the reporting requirements during the reporting period

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly A. Swank**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544